ACCEPTED
01-15-00793-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 3:42:21 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00793-CV

### In the Court of Appeals
### For the First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 3:42:21 PM
CHRISTOPHER A. PRINE
Clerk

### Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor,
### Appellant

### v.

### Maria Moreno, Individually and as Representative of the Estate of Mario Moreno,
### Appellee

On Appeal from the
133rd Judicial District Court of Harris County, Texas
Cause Number 2015-01975
The Honorable Jaclanel McFarland, Presiding Judge

## Appellant's Response to Appellee's Motion to Dismiss

**Gregory N. Ziegler**
Texas Bar No. 00791985
**J. Edward Johnson**
State Bar No. 24070001

**Weston M. Davis**
Texas Bar No. 24065126

**MACDONALD DEVIN, PC**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
214.744.3300 Telephone
214.747.0942 Facsimile

**Attorneys for Appellants**

949112  2014.81

TO THE HONORABLE COURT OF APPEALS:

Appellant Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor ("Appellant") files this Response to the Motion to Dismiss filed by Appellee Maria Moreno, Individually and as Representative of the Estate of Mario Moreno ("Appellee"), and would respectfully show the Court as follows:

1. On September 14, 2015, simultaneously with the filing of its Notice of Appeal in this cause, Appellant filed its Designation of Clerk's Record with the Court Clerk for the 133rd Judicial District Court, Harris County, Texas. The Designation of Clerk's Record is attached hereto as Exhibit "1." As a result, the Clerk's Record was due in this case on September 24, 2015. TEX. R. APP. P. 35.1(b).

2. On September 29, 2015, Appellant received, for the first time, an invoice from the Harris County District Clerk requesting payment for the Clerk's Record in this case. A copy of such invoice is attached hereto as Exhibit "2."

3. On September 30, 2015, Appellant forwarded a check for $160.00 to the District Clerk for payment of the Clerk's Record. A copy of the letter accompanying such payment is attached hereto as Exhibit "3."

4. As Appellant has timely tendered payment for the Clerk's Record in accordance with TEX. R. APP. P. 35.3(a)(2), Appellee's Motion to Dismiss must be denied.

949112  2014.81

## PRAYER FOR RELIEF

Appellant respectfully requests that the Court deny Appellee's Motion to Dismiss, and for all such other and further relief to which Appellant shows itself entitled, in law or equity.

Respectfully submitted,

 /s/ Weston M. Davis
**Weston M. Davis**
Texas Bar No. 24065126
WDavis@macdonalddevin.com
**Gregory N. Ziegler**
Texas Bar No. 00791985
GZiegler@macdonalddevin.com
**J. Edward Johnson**
Texas Bar No. 24070001
EJohnson@macdonalddevin.com

**MACDONALD DEVIN, PC**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
214.744.3300 telephone
214.747.0942 facsimile

**Attorneys for Appellant**

949112  2014.81

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that on September 30, 2015, I have served this document on all other parties listed below as follows:

**VIA EMAIL:**
**JAG@JAG-LAWFIRM.COM**
**CJORDAN@JAG-LAWFIRM.COM**
Jason A. Gibson
Casey L. Jordan
THE GIBSON LAW FIRM
The Lyric Centre
440 Louisiana, Suite 2400
Houston, Texas  77002

/s/ J. Edward Johnson
**J. Edward Johnson**

949112  2014.81



9/14/2015 3:57:40 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6916514
By: EVELYN PALMER
Filed: 9/14/2015 3:57:40 PM

L. Edward Johnson
214.651.3376
ejohnson@macdonalddevin.com

September 14, 2015

Evelyn Palmer                                          *Via Electronic Filing*
Court Clerk
133rd Judicial District Court, Harris County, Texas
Harris County Civil Courthouse
201 Caroline, 11th Floor
Houston, TX 75202

RE:     *Maria Moreno, Individually and as Representative of the Estate of Mario Moreno*
*v. Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor*, Cause No. 2015-
01975, in the 133rd Judicial District Court of Harris County, Texas

### DESIGNATION OF CLERK'S RECORD

Dear Ms. Palmer,

On September 14, 2015, Defendant Nexion Health at Beechnut, Inc. ("Beechnut")
appealed the Court's August 24, 2015 Order denying Beechnut's Chapter 74 Motion to Dismiss
to the First or Fourteenth Court of Appeals. Accordingly, Beechnut respectfully requests the
Court Clerk to prepare, certify, and file the Clerk's Record for appeal. Pursuant to Texas Rule of
Appellate Procedure 34.5(a)(13). Beechnut requests that the following documents and any
exhibits and attachments thereto—identified by approximate filing date and title—be included in
the Clerk's Record:

1.     01-14-15     Plaintiff's Original Petition;

2.     02-20-15     Beechnut's Original Answer and Request for Disclosure;

3.     06-29-15     Beechnut's CPRC Chapter 74 Motion to Dismiss;

4.     07-17-15     Notice of Hearing on Beechnut's Chapter 74 Motion to Dismiss;

5.     08-21-15     Plaintiff's Response to Beechnut's Chapter 74 Motion to Dismiss;

6.     08-24-15     Order Denying Beechnut's Chapter 74 Motion to Dismiss;

7.     09-14-15     Beechnut's Notice of Interlocutory Appeal and Notice of Automatic Trial
                    Stay;

8.                  Designation of Clerk's Record (this letter);

9.                  the Court's Docket Sheet; and

10.                 a Certified Bill of Costs.                      Exhibit 1

3800 Renaissance Tower ▪ 1201 Elm Street ▪ Dallas, Texas 75270 ▪ Telephone: 214.744.3300 ▪ Facsimile: 214.747.0942 ▪ www.macdonalddevin.com

Beechnut requests that the documents listed above be prepared, certified, and filed in the First or Fourteenth Court of Appeals, in the cause styled *Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor v. Maria Moreno, Individually and as Representative of the Estate of Mario Moreno*. This is an accelerated interlocutory appeal, filed under Texas Rule of Appellate Procedure 26.1(b). Consequently, Texas Rule of Appellate Procedure 35.1(b) requires that the Clerk's Record be prepared, certified, and filed with the Clerk of the Court of Appeals within ten days of the filing of the notice of appeal.

Please advise regarding the costs to prepare the original and a copy of this record, so we may make payment arrangements. If you have any questions, please do not hesitate to call me directly. Thank you for your assistance in this matter.

Sincerely,

J. Edward Johnson

JEJ/jej
943730 2014.81

cc:    Jason A. Gibson                                     *Via Electronic Filing and Electronic Mail*
        Casey L. Jordan
        THE GIBSON LAW FIRM
        The Lyric Centre
        440 Louisiana, Suite 2400
        Houston, Texas 77002



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

9/29/2015

**GREGORY N. ZIEGLER**
**STATE BAR NO. 00791985**
**3800 RENAISSANCE TOWER**
**1201 ELM STREET**
**DALLAS, TEXAS 75270-2130**
**(214) 744-3300 TELEPHONE**
**(214) 747-0942 FACSIMILE**

Re: No.: 2015-01975

**Dear Customer:**

This letter is to inform you of the balance, which represents the cost to our office of preparing, at your request, the **Original Clerk's Record** in the above numbered case. Rule (35.3) of the Texas Rules of Appellate Procedure requires that payment of this cost be remitted to our office prior to forwarding the clerk's record to the Court of Appeals.

| | | |
|---|---|---|
| ORIGINAL CLERKS RECORD | $160.00 | |
| | | |
| | | |
| DELIVERED TO THE 1ST COURT OF APPEALS | | |
| **BALANCE DUE** | $160.00 | |

You may remit your payment in the form of attorney or law firm check, money order or cashier's check, payable to Chris Daniel, District Clerk, by mailing to: Chris Daniel, District Clerk, Attn: Civil/Family Post Trial, P.O. Box 4651, Houston, TX 77210-4651.

Payment also may be remitted in person at the following location: Chris Daniel, District Clerk, Civil/Family Post Trial, 201 Caroline, Room 250, Houston, TX 77002.

Please be informed that this correspondence is the only notice you will receive from this office regarding this payment.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: /s/ MICHELLE LOPEZ
**MICHELLE LOPEZ, DEPUTY**

AP1 R04-30-92

**Exhibit 2**

# Chris Daniel
**Harris County District Clerk**

# FAX COVER SHEET

**DATE:**    Tuesday, September 29, 2015 08:42AM

**TO:**    ATTY ZIEGLER

**FAX:**    2147470942

**SUBJECT:**   2015-01975 Original Clerks Rec Balance Due

**FROM:**   Civil-Family Post Trial Clerk, Michelle Lopez

**VOICE:**   713-755-7300

**FAX:**    713-755-1173

**COMMENTS:**

Total Pages *(including cover sheet)*: **2**

201 Caroline • P.O. Box 4651 • Houston, Texas 77210-4651 • (713) 755-5734
www.hcdistrictclerk.com



J. Edward Johnson
214.651.3376
ejohnson@macdonalddevin.com

September 30, 2015

Chris Daniel
District Clerk
Attn: Civil/Family Post Trial
P.O. Box 4651
Houston, Texas 77010-4651

Re: *Maria Moreno, Individually and as Representative of the Estate of Mario Moreno vs. Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor*; Cause No. 2015-01975 in the 133rd District Court, Harris County Texas

Dear Clerk:

Please find enclosed our firm's check in the amount of $160.00 for preparing a copy of the Original Clerk's Record to be forwarded to the Court of Appeals in regard to the above-referenced matter. Also enclosed is a copy of the invoice.

Thank you.

Sincerely,

J. Edward Johnson

JEJ:kdt
Enclosures
948712  2014.81

**Exhibit 3**